## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Valentino R. Ianetti and Kelly S. Ianetti | BKY. NO. 14-05504 JJT
       Debtor(s)

                                             | CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo, Bank National Association, as Trustee for SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9085

                                      Respectfully submitted,


                                      **/s/ Thomas Puleo**
                                      Thomas Puleo, Esquire
                                      James C. Warmbrodt, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 825-6306  FAX (215) 825-6406
                                      Attorney for Movant/Applicant