```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 14-05504-JJT
Valentino R. Ianetti                                                Chapter 13
Kelly S. Ianetti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: MMchugh             Page 1 of 1              Date Rcvd: May 05, 2017
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
4617733        +U.S. Bank National Association, et. al.,   Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code: LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              Joseph P Schalk    on behalf of Creditor    U.S. Bank National Assocaiton, Et.Al., pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Philip W. Stock    on behalf of Debtor Valentino R. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Plaintiff Valentino R. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Plaintiff Kelly S. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Joint Debtor Kelly S. Ianetti pwstock@ptd.net
              Thomas I Puleo    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-05504-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Valentino R. Ianetti  
1423 Deer Run  
Bushkill PA 18324

Kelly S. Ianetti  
1423 Deer Run  
Bushkill PA 18324

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 9: U.S. Bank National Association, et. al., Chase Records Center, Attn: Correspondence Mail, Mail Code: LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

U.S. Bank, National Association, as Tru
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
U.S. Bank, National Association, as Tru
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/07/17

Terrence S. Miller  
**CLERK OF THE COURT**