```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 14-05504-JJT
Valentino R. Ianetti                                                Chapter 13
Kelly S. Ianetti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5       User: MMchugh         Page 1 of 1        Date Rcvd: Oct 05, 2018
                           Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2018.
        +VALENTINO A.G. IANETTI,   15 NEW STREET,   STANHOPE, NJ 07874-2617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
              James  Warmbrodt    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    U.S. Bank National Assocaiton, Et.Al.,
               jschalk@barley.com,  sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Philip W. Stock    on behalf of Debtor 2 Kelly S. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Debtor 1 Valentino R. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Plaintiff Valentino R. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Plaintiff Kelly S. Ianetti pwstock@ptd.net
              Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER ET. AL. pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>VALENTINO R. IANETTI<br>KELLY S. IANETTI<br>               Debtors<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR AMORTIZING RESIDENTIAL COLLATERAL TRUST, 2002-BC8<br>               Movant<br>               v.<br>VALENTINO R. IANETTI<br>KELLY S. IANETTI<br>VALENTINO A.G. IANETTI<br>               Respondents | BK. No. 5:14-bk-05504-JJT<br><br>Chapter No. 13<br><br><br>11 U.S.C. §362 AND §1301 |

**ORDER GRANTING RELIEF FROM §362 AND §1301 AUTOMATIC STAY AND CO-DEBTOR STAY WITH RESPECT TO 15 NEW STREET, STANHOPE, NJ 07874.**

Upon consideration of Motion of **WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR AMORTIZING RESIDENTIAL COLLATERAL TRUST, 2002-BC8** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the AUTOMATIC STAY and CO-DEBTOR STAY of all proceedings, as provided under 11 U.S.C. §362 AND §1301 is granted with respect to, 15 NEW STREET, STANHOPE, NJ 07874 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted.

Dated: October 5, 2018          By the Court,

*/s/ John J. Thomas*
_____
John J. Thomas, Bankruptcy Judge PR