## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

VALENTINO R. IANETTI                                              Case No.: 5-14-05504-RNO
KELLY S. IANETTI                                                Chapter 13
        Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SELECT PORTFOLIO SERVICING |
| Court Claim Number: | 09 |
| Last Four of Loan Number: | 1703 - PRE-ARREARS - 330 Deer Run |
| Property Address if applicable: | 1423 DEER RUN/330 DEER RUN, BUSHKILL, PA 18324 |

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $11,445.96 |
| b. | Prepetition arrearages paid by the Trustee: | $11,445.96 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $11,445.96 |

**PART 3:**                      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: January 27, 2020            Respectfully submitted,

                               s/ Charles J. DeHart, III, Trustee
                               Standing Chapter 13 Trustee
                               Suite A, 8125 Adams Drive
                               Hummelstown, PA  17036
                               Phone:  (717) 566-6097
                               Fax:  (717) 566-8313
                               eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  SELECT PORTFOLIO SERVICING
Court Claim Number:  09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9002816 | 03/02/2016 | $99.64 | $0.00 | $99.64 |
| 5200 | 9002906 | 04/06/2016 | $294.41 | $0.00 | $294.41 |
| 5200 | 9002990 | 05/04/2016 | $235.53 | $0.00 | $235.53 |
| 5200 | 9003073 | 06/14/2016 | $353.30 | $0.00 | $353.30 |
| 5200 | 9003154 | 07/07/2016 | $176.64 | $0.00 | $176.64 |
| 5200 | 9003233 | 08/04/2016 | $235.53 | $0.00 | $235.53 |
| 5200 | 9003314 | 09/01/2016 | $237.77 | $0.00 | $237.77 |
| 5200 | 9003394 | 10/05/2016 | $298.15 | $0.00 | $298.15 |
| 5200 | 9003475 | 11/02/2016 | $177.90 | $0.00 | $177.90 |
| 5200 | 9003559 | 12/06/2016 | $293.17 | $0.00 | $293.17 |
| 5200 | 9003637 | 01/12/2017 | $351.82 | $0.00 | $351.82 |
| 5200 | 9003720 | 02/08/2017 | $175.91 | $0.00 | $175.91 |
| 5200 | 9003797 | 03/09/2017 | $293.18 | $0.00 | $293.18 |
| 5200 | 9003872 | 04/12/2017 | $293.17 | $0.00 | $293.17 |
| 5200 | 1167698 | 05/11/2017 | $234.55 | $0.00 | $234.55 |
| 5200 | 1169299 | 06/13/2017 | $410.45 | $0.00 | $410.45 |
| 5200 | 1170672 | 07/06/2017 | $175.91 | $0.00 | $175.91 |
| 5200 | 1172190 | 08/10/2017 | $293.17 | $0.00 | $293.17 |
| 5200 | 1173719 | 09/19/2017 | $351.82 | $0.00 | $351.82 |
| 5200 | 1174958 | 10/11/2017 | $175.40 | $0.00 | $175.40 |
| 5200 | 1176300 | 11/08/2017 | $233.52 | $0.00 | $233.52 |
| 5200 | 1177686 | 12/05/2017 | $233.52 | $0.00 | $233.52 |
| 5200 | 1179122 | 01/11/2018 | $291.91 | $0.00 | $291.91 |
| 5200 | 1180484 | 02/08/2018 | $233.52 | $0.00 | $233.52 |
| 5200 | 1181846 | 03/08/2018 | $233.52 | $0.00 | $233.52 |
| 5200 | 1183227 | 04/03/2018 | $175.15 | $0.00 | $175.15 |
| 5200 | 1186362 | 05/15/2018 | $408.67 | $0.00 | $408.67 |
| 5200 | 1187607 | 06/07/2018 | $175.13 | $0.00 | $175.13 |
| 5200 | 1189043 | 07/12/2018 | $291.91 | $0.00 | $291.91 |
| 5200 | 1190398 | 08/09/2018 | $233.52 | $0.00 | $233.52 |
| 5200 | 1191696 | 09/06/2018 | $233.53 | $0.00 | $233.53 |
| 5200 | 1193060 | 10/10/2018 | $291.41 | $0.00 | $291.41 |
| 5200 | 1194407 | 11/08/2018 | $232.54 | $0.00 | $232.54 |
| 5200 | 1195819 | 12/13/2018 | $290.67 | $0.00 | $290.67 |
| 5200 | 1197184 | 01/10/2019 | $232.54 | $0.00 | $232.54 |
| 5200 | 1198267 | 02/07/2019 | $232.54 | $0.00 | $232.54 |
| 5200 | 1199554 | 03/12/2019 | $177.34 | $0.00 | $177.34 |
| 5200 | 1200943 | 04/11/2019 | $345.87 | $0.00 | $345.87 |
| 5200 | 1202263 | 05/09/2019 | $232.54 | $0.00 | $232.54 |
| 5200 | 1203579 | 06/06/2019 | $232.53 | $0.00 | $232.53 |
| 5200 | 1204983 | 07/11/2019 | $290.68 | $0.00 | $290.68 |
| 5200 | 1206327 | 08/07/2019 | $232.53 | $0.00 | $232.53 |
| 5200 | 1207837 | 09/26/2019 | $415.18 | $0.00 | $415.18 |
| 5200 | 1208878 | 10/10/2019 | $119.14 | $0.00 | $119.14 |
| 5200 | 1210073 | 11/07/2019 | $219.13 | $0.00 | $219.13 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

VALENTINO R. IANETTI  Case No.: 5-14-05504-RNO
KELLY S. IANETTI  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 27, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PHILIP W. STOCK, ESQUIRE<br>706 MONROE ST.<br>STROUDSBURG PA, 18360- | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING, INC<br>3217 S. DECKER LAKE DRIVE<br>SALT LAKE CITY, UT, 84115 | SERVED BY 1ST CLASS MAIL |
| VALENTINO R. IANETTI<br>KELLY S. IANETTI<br>1423 DEER RUN<br>BUSHKILL, PA 18324 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 27, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com