# Fill in this information to identify the case:

Debtor 1: Valentino R. Ianetti

Debtor 2 (Spouse, if filing): Kelly S. Ianetti

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 5:14-bk-05504-RNO

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3

**Court claim no.** (if known) 9-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX5038

**Property address:** 330 Deer Run
Number    Street

Bushkill, PA 18324
City        State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current wit all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as the date of this response is:

a. Total postpetition ongoing payments due: (1/1/20 – 2/1/20) @ $1,069.99; less suspense of $459.69  (a) $1,680.29

b. Total fees, charges, expenses, escrow, and costs outstanding  + (b) $0.00

c. **Total.** Add lines a and b.  (c) $1,680.29

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   01 / 01 / 2020
MM / DD / YYYY

| Debtor 1 | Valentino R. Ianetti | | | Case number (*if known*) 5:14-bk-05504-RNO |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs the creditor must attach an itemized payment history disclosing the following amount from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applied.

/s/ Andrew M. Lubin
Signature

Date February 11, 2020

Print   Andrew M. Lubin, Esq.
        First Name   Middle Name   Last Name

Title   Attorney for Creditor

Company   Milstead & Associates, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   1 E. Stow Road
          Number        Street

          Marlton, NJ 08053
          City              State        ZIP Code

Contact phone (856) 482-1400

Email alubin@milsteadlaw.com

# MFR Post-Petition Payment History for Filing

**SPS SELECT PORTFOLIO SERVICING, Inc.**

Preparation Date: 02/07/20
Prepared by: Stephanie

**Loan Information:**

| Loan Number | XXXXX |
|---|---|
| Debtors Name - 1 | KELLY RILEY |
| Debtors Name - 2 | VALENTINO IANETTI |
| Property Address | 1423 DEER RUN |
| Property State | PA |

**Bankruptcy Information:**

| Bankruptcy Case # | 14-05504 |
|---|---|
| Filing Date: | 11/28/2014 |
| Person filing: | Both |
| Number of previous filings: | 1 |

**Post petition due**

| Post petition due date: | 01/01/20 | | |
|---|---|---|---|
| Post petition $$$ due: | $1,680.29 | | **Comment** |
| Post petition insurance: | $0.00 | | Post-petition taxes and insurance included in annual |
| Post petition taxes: | $0.00 | | escrow analysis and added to monthly payments. |
| Total Post petition due | **$1,680.29** | | |

**Post-Petition Payment History Detail**

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
| 12/08/14 | 12/01/14 | $1,038.42 | $1,038.42 | |
| 01/05/15 | 01/01/15 | $1,038.42 | $1,038.42 | |
| 02/06/15 | 02/01/15 | $1,038.42 | $1,038.42 | |
| 03/06/15 | 03/01/15 | $1,038.42 | $1,038.42 | |
| 04/06/15 | 04/01/15 | $1,038.42 | $1,038.42 | |
| 05/11/15 | 05/01/15 | $1,038.42 | $1,038.42 | |
| 06/08/15 | 06/01/15 | $1,038.42 | $1,038.42 | |
| 07/10/15 | 07/01/15 | $1,038.42 | $1,038.42 | |
| 08/10/15 | 08/01/15 | $1,038.42 | $1,038.42 | |
| 09/14/15 | 09/01/15 | $1,038.42 | $1,038.42 | |
| 10/09/15 | 10/01/15 | $1,038.42 | $1,038.42 | |
| 11/13/15 | 11/01/15 | $1,038.42 | $1,038.42 | |
| 12/14/15 | 12/01/15 | $1,038.42 | $1,038.42 | |
| 01/14/16 | 01/01/16 | $1,038.42 | $1,038.42 | |
| 03/11/16 | 02/01/16 | $1,038.42 | $1,038.42 | |
| | NSF | -$1,038.42 | -$1,038.42 | |
| 03/23/16 | 02/01/16 | $1,038.42 | $1,038.42 | |
| 04/11/16 | 03/01/16 | $1,038.42 | $1,038.42 | |
| 05/16/16 | 04/01/16 | $1,038.42 | $1,038.42 | |
| 06/10/16 | 05/01/16 | $1,038.42 | $1,038.42 | |
| 07/15/16 | Partial Payment | 0.00 | $1,038.42 | |
| 08/15/16 | 06/01/16 | $1,038.57 | $1,038.42 | |
| 09/14/16 | 07/01/16 | $1,038.57 | $1,038.42 | |
| 10/07/16 | 08/01/16 | $1,038.57 | $1,038.42 | |
| 11/15/16 | 09/01/16 | $1,038.57 | $1,038.42 | |
| 12/15/16 | 10/01/16 | $1,038.57 | $1,038.42 | |
| 01/13/17 | 11/01/16 | $1,038.57 | $1,038.42 | |
| 02/15/17 | 12/01/16 | $1,038.57 | $1,038.57 | |
| 03/14/17 | 01/01/17 | $1,038.57 | $1,038.57 | |
| 04/14/17 | 02/01/17 | $1,038.57 | $1,038.57 | |
| 05/12/17 | 03/01/17 | $1,038.57 | $1,038.57 | |
| 06/15/17 | 04/01/17 | $1,038.57 | $1,038.57 | |
| 07/14/17 | 05/01/17 | $1,038.57 | $1,038.57 | |
| 08/11/17 | 06/01/17 | $1,038.57 | $1,038.57 | |
| 09/11/17 | 07/01/17 | $1,038.57 | $1,038.57 | |
| 10/13/17 | 08/01/17 | $1,038.57 | $1,038.57 | |
| 11/20/17 | 09/01/17 | $1,038.57 | $1,038.57 | |
| 12/15/17 | 10/01/17 | $1,050.71 | $1,088.57 | |
| | 11/01/17 | $1,050.71 | | |
| 01/16/18 | 12/01/17 | $1,050.71 | $1,038.57 | |
| 02/20/18 | 01/01/18 | $1,050.71 | $1,038.57 | |
| 03/16/18 | Partial Payment | 0.00 | $1,038.57 | |
| 04/16/18 | 02/01/18 | $1,050.71 | $1,038.57 | |
| 05/16/18 | 03/01/18 | $1,050.71 | $1,050.71 | |
| 06/15/18 | 04/01/18 | $1,050.71 | $1,050.71 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| Date Received | Due Date | Amount Due | Amount Received | |
|---|---|---|---|---|
| 07/03/18 | 05/01/18 | $1,050.71 | $1,050.71 | |
| 08/03/18 | 06/01/18 | $1,050.71 | $1,050.71 | |
| 09/10/18 | 07/01/18 | $1,050.71 | $1,050.71 | |
| 10/16/18 | 08/01/18 | $1,050.71 | $1,070.71 | |
| 11/16/18 | 09/01/18 | $1,050.71 | $1,050.71 | |
| 12/17/18 | 10/01/18 | $1,050.71 | $1,050.71 | |
| 01/17/19 | 11/01/18 | $1,050.71 | $1,065.04 | |
| 02/15/19 | 12/01/18 | $1,050.71 | $1,065.04 | |
|  | 01/01/19 | $1,050.71 | $392.45 | |
| 02/27/19 | 02/01/19 | $1,050.71 | $1,065.04 | |
| 04/19/19 | 03/01/19 | $1,050.71 | $1,065.04 | |
| 05/20/19 | 04/01/19 | $1,050.71 | $1,065.04 | |
| 06/17/19 | 05/01/19 | $1,050.71 | $1,065.04 | |
| 07/16/19 | 06/01/19 | $1,069.99 | $1,065.04 | |
| 08/16/19 | 07/01/19 | $1,069.99 | $1,065.04 | |
| 09/17/19 | 08/01/19 | $1,069.99 | $1,065.04 | |
| 10/18/19 | 09/01/19 | $1,069.99 | $1,069.99 | |
| 11/20/19 | 10/01/19 | $1,069.99 | $1,069.99 | |
| 12/17/19 | 11/01/19 | $1,069.99 | $1,069.99 | |
| 01/17/20 | 12/01/19 | $1,069.99 | $1,069.99 | |
| Due | 01/01/20 | $1,069.99 | 0.00 | |
| Due | 02/01/20 | $1,069.99 | 0.00 | |

| | | | | |
|---|---|---|---|---|
| Total Due | | $65,952.79 | | |
| Total Received | | | $64,272.50 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Valentino R. Ianetti and Kelly S. Ianetti,
        Debtor(s)

Bankruptcy No. 5:14-bk-05504-RNO
Chapter 13

U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3,
        Movant,

Valentino R. Ianetti and Kelly S. Ianetti,
        Debtor(s) / Respondent(s),

and
Charles J. DeHart, III,
        Trustee / Respondent.

## CERTIFICATION OF SERVICE

Andrew M. Lubin, Esquire counsel for U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3, hereby certifies that a copy of the Response to Notice of Final Cure Mortgage Payment was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on February 11, 2020, addressed as follows:

| | |
|---|---|
| Charles J. DeHart, III,<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>*via electronic transmission and regular mail* | Phillip W. Stock<br>706 Monroe Street<br>Stroudsburg, PA 18360<br>*via electronic transmission and regular mail* |
| Valentino R. Ianetti<br>1423 Deer Run<br>Bushkill, PA 18324<br>*via regular mail* | Kelly S. Ianetti<br>1423 Deer Run<br>Bushkill, PA 18324<br>*via regular mail* |

MILSTEAD & ASSOCIATES, LLC

DATED: February 11, 2020

By:  /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant