```
United States Bankruptcy Court
  Middle District of Pennsylvania
```

In re:                                                      Case No. 14-05504-RNO
Valentino R. Ianetti                                        Chapter 13
Kelly S. Ianetti
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Aug 18, 2020
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db/jdb          +Valentino R. Ianetti,    Kelly S. Ianetti,   1423 Deer Run,   Bushkill, PA 18324-6985

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3
               alubin@milsteadlaw.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
              James  Warmbrodt    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    U.S. Bank National Assocaiton, Et.Al.,
               jschalk@barley.com,  sromig@barley.com
              Joshua I Goldman    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               josh.goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for
               the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-3
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Philip W. Stock    on behalf of Debtor 2 Kelly S. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Debtor 1 Valentino R. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Plaintiff Valentino R. Ianetti pwstock@ptd.net
              Philip W. Stock    on behalf of Plaintiff Kelly S. Ianetti pwstock@ptd.net
              Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY
               MERGER ET. AL. pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Wells Fargo, Bank National Association, as Trustee for
               SACO 1 Inc., SACO I Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Valentino R. Ianetti,<br>**Debtor 1**<br>Kelly S. Ianetti,<br>**Debtor 2** | Chapter 13<br>Case No. 5:14–bk–05504–RNO |

Social Security No.:
xxx–xx–9373    xxx–xx–5555

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 18, 2020

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (05/18)